UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

E. LYNN SCHOENMANN,

         Appellant,

     v.

STUART GORDON SCHOENMANN,

        Appellee.

Case No.  22-cv-09156-JSC

**ORDER TO APPELLANT TO SHOW CAUSE**

On December 29, 2022, E. Lynn Schoenmann filed a notice of appeal from the Bankruptcy Court.  (Dkt. No. 1.)[1]  On January 23, 2023, the Clerk of the Bankruptcy Court filed a notice of unperfected appeal stating Appellant had not filed a transcript request order.  (Dkt. No. 3); *see* Fed. R. Bankr. P. 8009(b)(1); Bankr. N.D. Cal. R. 8009-1(b).  Since then, there has been no docket activity other than a notice of appearance by additional counsel for Appellant.  (Dkt. No. 4.)

Appellant is ORDERED to show cause as to why the Court should not dismiss the appeal for failure to perfect.  Appellant shall show cause in writing on or before April 27, 2023.  Appellee may file a response on or before May 4, 2023.

     **IT IS SO ORDERED.**

Dated: April 20, 2023

JACQUELINE SCOTT CORLEY
United States District Judge

[1] Record citations are to material in the Electronic Case File ("ECF"); pinpoint citations are to the ECF-generated page numbers at the top of the documents.

United States District Court
Northern District of California